ZONING INSPECTOR OF THE TOWN OF REDDING ET AL.
*v.* COSTA STERGUE ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 11583) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal on the ground that it was an appeal from the granting of a temporary injunction?"

The Supreme Court docket number is SC 14766.

*Thomas S. Hyman,* in support of the petition.

Decided May 4, 1993

STEVEN ELLIOT ET AL. *v.* SEARS,
ROEBUCK AND COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 664 (AC 11185), is granted, limited to the following issues:

"1. Where the defense of alteration/modification of a product is asserted as a defense to a product liability claim, and there is evidence to support that defense, is the defendant entitled to a jury instruction on that defense separate and apart from any instruction on the issue of misuse of the product?

"2. Where it is claimed that misuse of a product is the proximate cause of an injury, and there is evidence to support that defense, is the defendant entitled to an instruction that if the jury so finds, the plaintiff is barred from recovery?"

The Supreme Court docket number is SC 14764.

*Philip T. Newbury, Jr.,* in support of the petition.

*John T. Nazzaro,* in opposition.

Decided May 4, 1993